IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER D. BODONI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 1:19-cv-00078-FDW-DSC |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $3,700.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Russell R. Bowling, and mailed to his office at 77 West Main Street, Franklin, North Carolina 28734, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**SO ORDERED.**  Signed: February 24, 2020

_____
David S. Cayer
United States Magistrate Judge